**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Donna Denson,<br><br>              Plaintiff,<br>     v.<br><br>The Schreiber Law Firm, L.L.C.. d/b/a Harris & Dial, P.C.; and DOES 1-10, inclusive,<br><br>              Defendants. | Civil Action No.:  1:10-cv-11084-GAO |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 17, 2010

        Respectfully submitted,

        PLAINTIFF, Donna Denson

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Sergei Lemberg_____

                                                Sergei Lemberg